UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL A. HORTA SUAREZ,<br><br>                            Plaintiff,<br><br>  -against-<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>                            Defendant. | 23-CV-10600 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 29, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 29, 2024
             New York, New York

                                                            /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                       Chief United States District Judge